JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                       :          INDICTMENT

JUAN GARCIA SANCHEZ,              :          07CRIM 351
    a/k/a "Papalote,"             :

        Defendant.            :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 5 2007

### COUNT ONE

The Grand Jury charges:

1. On or about April 20, 2007 through on or about April 24, 2007, in the Southern District of New York and elsewhere, JUAN GARCIA SANCHEZ, a/k/a "Papalote," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JUAN GARCIA SANCHEZ, a/k/a "Papalote," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a

detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

<u>OVERT ACTS</u>

3. In furtherance of the conspiracy to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York;

a. On or about April 24, 2007, JUAN GARCIA SANCHEZ, a/k/a "Papalote," the defendant, while in New York, New York, discussed the purchase of twenty kilograms of cocaine.

(Title 21, United States Code, Section 846.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JUAN GARCIA SANCHEZ,
a/k/a "Papalote,"

Defendant.

---

**INDICTMENT**

07 Cr.

(21 U.S.C. § 841.)

          MICHAEL J. GARCIA
          United States Attorney.

A TRUE BILL

          *[signature]*
          Foreperson.

---

*[handwritten notes:]*
Post 11-1-87
4/25/07
Filed Ind.
Ellis, J.