

U.S. Department of Justice

*MEMO ENDORSED*

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

July 2, 2007

BY HAND

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   United States v. Juan Garcia Sanchez
          07 Cr. 351 (DAB)

Dear Judge Batts:

    I write to confirm the adjournment of the pre-trial conference until August 13, 2007 at 10:30 a.m.

    The Government also requests that the Court exclude time until August 13, 2007. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and the Government time to consider the evidence produced and to discuss a potential disposition in the case and it ensures the effective assistance of defendant's counsel. John F. Kaley, counsel for the defendant, told me that he consents to the exclusion of time.

*Granted /DAB/*

                        Very truly yours,

                        MICHAEL J. GARCIA
                        United States Attorney

        By: _____
             William J. Harrington
             Assistant United States Attorney
             212-637-2331

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc:   John F. Kaley
      Counsel for the defendant
      (By fax: (212) 962-5037)

July 5, 2007