

ORIGINAL

*MEMO ENDORSED*

U.S. Department of Justice

United States Attorney
Southern District of New York

*MEMO ENDORSED*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

D. A. BATTS
U.S.D.J.

September 13, 2007

BY HAND

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

    Re: United States v. Juan Garcia Sanchez
        07 Cr. 351 (DAB)

Dear Judge Batts:

    I write to confirm the adjournment of the pre-trial conference until October 22, 2007 at 4:30 p.m.

    The Government also requests that the Court exclude time until October 22, 2007. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and the Government time to consider the evidence produced and to discuss a potential disposition in the case and it ensures the effective assistance of defendant's counsel. John F. Kaley, counsel for the defendant, told me that he consents to the exclusion of time.

*GRANTED /DAB/*

*MEMO ENDORSED*

                        Very truly yours,

                        MICHAEL J. GARCIA
                        United States Attorney

SO ORDERED

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

            By: _____
                William J. Harrington
                Assistant United States Attorney
                212-637-2331

cc: John F. Kaley
    Counsel for the defendant
    (By fax: (212) 962-5037)

*MEMO ENDORSED*