

17 Dec 07

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2007

BY HAND

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   United States v. Juan Garcia Sanchez
           07 Cr. 351 (DAB)

Dear Judge Batts:

    I write to confirm the adjournment of the pre-trial conference until January 22, 2008 at 10:30 a.m.

    The Government also requests that the Court exclude time until January 22, 2008. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and the Government time to consider the evidence produced and to discuss a potential disposition in the case, thus helping ensure the effective assistance of defendant's counsel. John F. Kaley, counsel for the defendant, told me that he consents to the exclusion of time.

GRANTED /DAB/

                                Very truly yours,

**SO ORDERED**

*Deborah A. Batts*
**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**
17 Dec 07

                          MICHAEL J. GARCIA
                        United States Attorney

By: _William Harrington_
     William J. Harrington
     Assistant United States Attorney
     212-637-2331

cc:  John F. Kaley
     Counsel for the defendant
     (By fax: (212) 962-5037)