UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,                               DOCKET NO. 07CR 00351

                                                                                            Hon. Deborah Batts

        -against-


JUAN CARLOS GARCIA-SANCHEZ,

                      Defendant.
-------------------------------------------------------------X

TO:    JAMES M. PARKINSON, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

        I AM RETAINED AND WAS ADMITTED TO PRACTICE IN THIS COURT IN OF 1992.

Dated: New York, New York
          January 18, 2008

                                                                            Michael P. Mays, Esq.
                                                                            1208 Fulton Street
                                                                            Brooklyn, New York 11216
                                                                            Tel #: (718) 230-5106
                                                                            Fax #: (718) 855-5587


TO:    AUSA William Harrington
        U.S. Department of Justice
        United States Attorney
        Southern District of New York