UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Plaintiff,

                                                                                     **Dkt. No. 07 Cr. 351**
             -against-                                           **NOTICE OF**
                                                                                **APPEARANCE**

JUAN CARLOS GARCIA-SANCHEZ,

                Defendant.
-------------------------------------------------------------------------X
SIR/MADAM:

      **PLEASE TAKE NOTICE,** that the law firm of MAYS & ASSOCIATES, hereby represents Defendant, Juan Carlos Garcia-Sanchez, in the above entitled Federal Criminal Action and demands that all correspondences be served to the undersigned at the address stated below.

Dated:  Jamaica, New York
           January 22, 2008

                                                                  Yours etc.,
                                                                  *Michael P. Mays /s/*
                                                                  Michael P. Mays, Esq.
                                                                 MAYS & ASSOCIATES
                                                                 Attorneys for the Defendant
                                                                 1208 Fulton Street
                                                                Brooklyn, NY 11216
                                                                (718) 230-5081
                                                               (718) 855-5587 (Fax)

**TO:**    United States Attorney
           Michael J. Garcia, USA
           One St. Andrews Plaza
           New York, NY 10007
           (212)637-2200
           (212)637-2685 (Fax)