**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
ELECTRONICALLY FILED
Jan 29, 2008

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

January 24, 2008

BY FAX

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>United States v. Juan Garcia Sanchez</u>
        07 Cr. 351 (DAB)

Dear Judge Batts:

    I write to confirm the adjournment of the pre-trial conference until February 11, 2008 at 11:30 am. The adjournment was necessary because Mr. Garcia Sanchez's new counsel was on trial on the date of the previously scheduled conference.

    The Government also requests that the Court exclude time until February 11, 2008. The Government submits that such exclusion is warranted pursuant to 18 U.S.C. § 8161(h)(8)(A). Specifically, the ends of justice outweigh the best interest of the public and the defendant in a speedy trial because it affords the defendant and his new counsel the needed time to consider the evidence produced and to discuss a potential disposition in the case, thus helping ensure the effective assistance of defendant's counsel.

    I have tried to reach Mr. Garcia Sanchez's new counsel, Michael Mays, on numerous occasions in order to learn his position on this request, but I have not received a response from him about whether he consents to the Government's request. I had previously spoken to John F. Kaley, former counsel for the

*granted*
*DAB*
*1/29/08*

**SO ORDERED**

*Deborah A. Batts* 1/29/08
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

The Honorable Deborah Batts
January 25, 2008
Page 2

defendant, who told me that he consents to this exclusion of time.

                                    Very truly yours,

                                    MICHAEL J. GARCIA
                                  United States Attorney

                        By: _____
                              William J. Harrington
                              Assistant United States Attorney
                              212-637-2331

cc:   John F. Kaley
      Prior counsel for the defendant
      (By fax: (212) 962-5037)

      Michael Mays
      New counsel for the defendant
      (By fax: 718-206-0403)