Case 1:07-cr-00351-DAB   Document 19   Filed 06/03/2008   Page 1 of 1

# MAYS & ASSOCIATES
## ATTORNEYS AT LAW

MICHAEL P. MAYS**
ALFRED TOUSSAINT*

*Paralegal*
STEPHEN DOWELL

*Community Liaison*
JERELINE HUNTER

1208 FULTON STREET
BROOKLYN, NY 11216
(718) 230-5081

Telecopier (718) 855-5587
*ADMITTED IN NY BAR
**ADMITTED IN NY BAR – FEDERAL COURT
***ADMITTED IN NY BAR – DISTRICT OF COLUMBIA & FEDERAL COURT

*Legal Assistant*
ANTHONY K. MORAGNE

*Of Counsel*
SONIA METELLUS*
ALDRIC FREEMAN
MARC H. POLLARD**

June 1, 2008

Hon. Judge Batts
500 Pearl Street
New York, New York 10007-1316

RE: Juan Carlos Garcia Sanchez
#1:07-Cr-351

Dear Hon. Judge Batts,

My name is Michael Mays and I represent Mr. Juan Carlos Garcia Sanchez. Mr. Sanchez is scheduled to commence trail on July 14, 2008.

I am writing and requesting that the above matter be put over for approximately four weeks. The facility where Mr. Sanchez is presently housed was under quarantine due a contagious medical condition. In addition, Mr. Sanchez has not decided, as of yet, whether he is interested in entering a plea of guilty in front of your honor.

In any event, if your honor decides that it is in the best interest of justice that we go forward on the scheduled trial date, please be informed that I will be ready to go forward.

Sincerely yours.

S/
Michael P. Mays, Esq.

MPM/mm

CC:
Juan Carlos Garcia Sanchez
William Harrington, AUSA

*[Handwritten note: The July 14, 2008 date is now a status conference /DAB/]*

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
June 3, 2008