```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

                - against -                    07 Cr. 351 (DAB)
                                                    ORDER
JUAN GARCIA SANCHEZ,
                        Defendant.
-----------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On August 19, 2008, the Court received in Chambers a letter from the Defendant requesting the Court appoint new counsel because neither he nor his family can pay his present Defense Counsel Michael Mays, because "we don't see eye to eye" and because "it has been impossible to reach Mr. Mays."

The Government is directed to present Mr. Garcia Sanchez in Magistrates Court this week for the appointment of a CJA attorney. Upon appointment of new counsel, the Government is to notify the Court and Mr. Mays immediately. Mr. Mays shall turn over the file in this case to the new counsel by the end of this week.

The scheduled criminal trial in this matter, October 14, 2008 at 10:30 AM shall go forward as scheduled with new counsel.

SO ORDERED.

Dated:   New York, New York
         August 27, 2008

                                          *signature*
                                        DEBORAH A. BATTS
                                    United States District Judge

*Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/27/08*